IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

CRIMINAL MINUTES: *CHANGE OF PLEA*

USA vs **Ileso Ovbiagele**  Date: August 22, 2022

Case No. **2:20-cr-62**  Time **4:03 pm** to **4:31 pm**

Honorable **CYNTHIA RICHARDSON WYRICK** U.S. Magistrate Judge, Presiding

| Amanda Gunter | DCR | Mac D. Heavener, III |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U.S. Attorney |

| DEFENDANT | DEFENSE ATTORNEY | DEFENDANT | DEFENSE ATTORNEY |
|---|---|---|---|
| Ileso Ovbiagele | Bruce Harvey | | |

**PROCEEDINGS:**

☑ Defendants sworn

☑ Court questions defendant(s) regarding physical and mental conditions and advised defendants of nature and possible consequences of plea

☑ Defendants are arraigned and specifically advised of their rights pursuant to Rule 11 F.R.C.P.

☑ Indictment/reading waived

☑ Motion of defendants to change plea

☑ Plea of Guilty as to Count(s) 3 of the Indictment as to _____

☑ Plea Agreement filed on 06/01/2022 as to defendant

☑ Remaining counts to be dismissed at time of sentencing

☑ PSI report requested

☑ Sentencing Dates: January 30, 2023 at 1:30 pm with Judge Greer

☑ Report and Recommendation to follow

☑ Defendant to remain on Bond and Conditons

I, Amanda Gunter, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: dcr_2-20-cr-62_20220822_160244